Meghan O. Lambert
CA Bar ID No.: 258040
Osterhout Berger Disability Law
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: (412) 794-8003
Facsimile: (412) 794-8039
meghan@mydisabilityattorney.com
Attorney for Plaintiff, Kimberly Ann McCombs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| KIMBERLY ANN MCCOMBS, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:22-cv-00001-DMC <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HER MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEF |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time to file her Motion for Summary Judgment and Supporting Brief. This is Plaintiff's first request for extension to file her Motion for Summary Judgment and Supporting Brief. There is good cause for this request. Plaintiff intends on raising multiple fact-intensive issues, which combined with an unusually busy briefing schedule has resulted in the need for this extension. As the Court is undoubtedly aware, Defendant has been diligently working to "catch-up" the backlog of certified transcripts due in federal court Social Security disability appeals nationwide, which has had the effect of significantly increasing the

number of cases calendared for briefing[1]; as a result, Plaintiff respectfully requests a 30-day extension of time to file her Motion for Summary Judgment and Supporting Brief to ensure that the issues are fully and concisely presented to the Court.

Plaintiff respectfully requests that this Court grant a 30 day extension to file her Motion for Summary Judgment and Supporting Brief. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

May 16, 2022  
DATED

/s/ Meghan O. Lambert_____  
MEGHAN O. LAMBERT, ESQUIRE  
Attorney for Plaintiff, Kimberly Ann McCombs

May 16, 2022 _____  
DATED

By:   */s/* Marcelo Illarmo_____  
(*as authorized by email on May 6, 2022)  
MARCELO ILLARMO, ESQUIRE  
Special Assistant U.S. Attorney  
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  May 24, 2022

_____  
DENNIS M. COTA  
UNITED STATES MAGISTRATE JUDGE

---

[1] In affidavits filed in many Social Security disability appeals from Jebby Rasputnis, SSA's Executive Director of the Office of Appellate Operations, Defendant reports that the Agency has essentially doubled the rate of production that existed pre-COVID-19 pandemic (from an average of 300-400 hearing transcriptions per week prior to the pandemic and to its current capacity to produce more than 700 per week).