PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ANN MCCOMBS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>    Defendant. | Case No.: 2:22-cv-00001-DMC<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. The Commissioner will conduct any necessary further proceedings and issue a new decision.

Respectfully submitted,

Dated: July 27, 2022         /s/ Meghan O. Lambert      *
                             (*as authorized via e-mail on 7/27/22)
                             MEGHAN O. LAMBERT
                             Attorney for Plaintiff


Dated: July 27, 2022         PHILLIP A. TALBERT
                             United States Attorney
                             PETER K. THOMPSON (HI 5890)
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                     By:     /s/ Marcelo Illarmo
                             MARCELO ILLARMO
                             Special Assistant United States Attorney

                             Attorneys for Defendant


## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of the Court is directed to enter judgment and close this file.

Dated:  August 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE